

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KANDICE BRIDGES, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:04-CV-495-B |
| | § | |
| JENKENS & GILCHRIST, | § | |
| A Professional Corporation | § | |
| Defendant. | § | |

ORIGINAL

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

TO THE HONORABLE JUDGE JANE BOYLE:

Pursuant to Fed. R. Civ. P. 56 and Local Rule CV-56, Defendant Jenkens & Gilchrist, a Professional Corporation (Jenkens & Gilchrist") hereby submits its Motion for Summary Judgment:

### I.

### SUMMARY

Pursuant to Local Rule 56.3(b), Jenkens & Gilchrist will comply with Local Rule 56.3(a) by setting forth each of the required matters in its Brief in Support of its Motion for Summary Judgment.

### II.

### MOTION

For the reasons stated in its separately filed Brief in Support of its Motion for Summary Judgment, Jenkens & Gilchrist moves for summary judgment on Plaintiff Kandice Bridges' sole claim for pregnancy discrimination against it.

WHEREFORE, Jenkens & Gilchrist requests that the Court grant its motion for summary judgment on all claims brought by Kandice Bridges against it, and deny all relief requested in connection with those claims; that Jenkens & Gilchrist be awarded judgment for all costs of this proceeding; and that Jenkens & Gilchrist be awarded reasonable and necessary attorneys' fees, expenses, and such other and further relief, general or special, at law or in equity, as the Court may deem just and proper.

Respectfully submitted,

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

_____
Bryant S. McFall
Texas Bar No. 00784556
Alicia Sienne Voltmer
Texas Bar No. 00797605
700 Preston Commons
8117 Preston Road
Dallas, Texas 75225
Telephone: (214) 987-3800
Facsimile: (214) 987-3927

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

This is to certify that on this 24th day of March 2005, a true and correct copy of the above and foregoing was forwarded via certified mail, return receipt requested, to all counsel of record:

_____